IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAMON L. MCCLINTON, | |
|---|---|
| Plaintiff, | 8:18CV598 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **ORDER** |
| Defendant. | |

Plaintiff has filed an Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 2](Filing No. 2)). Upon review of the application, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

**IT IS ORDERED** that Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs ([Filing No. 2](Filing No. 2)) is approved. Plaintiff may proceed in this matter without prepaying fees or costs.

Dated this 28th day of December, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge